**UNITED STATES of America,
Appellee–Cross–Appellant,**

v.

**Frank DiMATTINA, a/k/a Frankie D,
a/k/a Frankie Ariana, Defendant–
Appellant–Cross–Appellee.**

No. 12–1361–CR.

United States Court of Appeals,
Second Circuit.

July 1, 2014.

Susan Corkery, John J. Dennehy, Assistant United States Attorneys, for Loretta E. Lynch, United States Attorney for the Eastern District of New York, Brooklyn, NY, for Appellee.

Marc Fernich, Sarita Kedia, New York, NY, for Defendant–Appellant.

PRESENT: JOSÉ A. CABRANES, SUSAN L. CARNEY, and CHRISTOPHER F. DRONEY, Circuit Judges.

### SUMMARY ORDER

Defendant Frank DiMattina argues that his conviction for extortion is invalid because he did not "obtain" any property for purposes of the Hobbs Act. The Government, in its brief on appeal, agrees and concedes that the judgment must be vacated in all respects. The Government now seeks remand to the District Court "so that [it] can move to dismiss the indictment with prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure." Appellee Br. 11. We agree that is the appropriate course of action.

For the reasons set out above, we **VACATE** the April 3, 2012, judgment of the District Court and **REMAND** the cause for further proceedings consistent with this Order.